Dated: July 29, 2010 By: s/s

FILED
July 29, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002815232

Receipt of a copy of this document is hereby acknowledged:
date______/______/

Law Office of Dennise S. Henderson
1903 Twenty First Street
Sacramento, CA 95811
(916) 456-2027

Dennise S. Henderson, State Bar No. 208640
Attorneys for Debtor, Glenda Lippman

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In Re:

LIPPMAN, GLENDA

DEBTOR

Case No. 10-39463

MOTION TO COMPEL ABANDONMENT OF THE PROPERTY OF THE ESTATE 11 USC 554

Date: August 23, 2010
Time: 9:00 am
Judge: Judge McManus
Dept: Courtroom 28, 7th Floor

Debtor moves the Court as follows:

1. Debtor scheduled her assets on in this case in Schedule B;
2. All assets were claimed exempt in Schedule C; Schedule C is attached as Exhibit A.
3. Glenda Lippman is self employed as a psychologist. She is licensed by the State of California (License # PSY11222). Her City of Sacramento Business license had expired and she just began her practice again within the last 6 months.
4. Debtor believes that all scheduled business assets and operations are of no consequence or burdensome to the estate.

Receipt of a copy of this document is hereby acknowledged:

date______/______/

Law Office of Dennise S. Henderson
1903 Twenty First Street
Sacramento, CA 95811
(916) 456-2027

Dennise S. Henderson, State Bar No. 208640
Attorneys for Debtor, Glenda Lippman

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>LIPPMAN, GLENDA<br><br>DEBTOR | Case No. 10:39463<br><br>NOTICE OF HEARING ON MOTION TO COMPEL ABANDONMENT OF PROPERTY OF THE ESTATE II USC 554<br><br>Date: August 23, 2010<br>Time: 9:00 am<br>Judge: Judge McManus<br>Dept: Courtroom 28, 7th Floor |

If you wish to oppose this Motion, you must attend the hearing at the time and place set forth above. Otherwise, the Court may resolve this matter without oral argument. The motion is being brought pursuant to the 14 days notice procedure set forth in Local Rule 9014-1. No party in interest shall be required to file written opposition to the motion. If opposition is presented of if there is good cause, the Court continues the hearing to permit filing of evidence and briefs.

Date:

Law office of Dennise S. Henderson

By: ______________________

Dennise S. Henderson

Schools Financial Credit Union
P.O. Box 526001
Sacramento, CA 95852-6001

Receipt of a copy of this document is hereby acknowledged:

date_____ /______/

Law Office of Dennise S. Henderson
1903 Twenty First Street
Sacramento, CA 95811
(916) 456-2027

Dennise S. Henderson, State Bar No. 208640
Attorneys for Debtor, Glenda Lippman

In Re:

LIPPMAN, GLENDA

DEBTOR

Case No. 10-39463

PROOF OF SERVICE BY MAIL
Date: August 23, 2010
Time: 9:00 am
Judge: Judge McManus
Dept: Courtroom 28, 7th Floor

I, Jaqueline Walters, declare under penalty of perjury:

1. I am over the age of 18 years old and not a party to the within cause; my business address is 1903 21st Street, Sacramento, CA 95811

2. On July 29, 2010, I served the following documents by placing a true copy in a sealed envelope with postage pre-paid in the United States mail from Sacramento, California: Notice and Motion to Compel Abandonment of the Property of the Estate, Declaration of Debtor, and Exhibits

3. The documents served were addressed to :

Susan Smith Chapter 7 Trustee
7485 Rush River Drive, Ste. 710-210
Sacramento, CA 95831

US Trustee

In re **Glenda K. Lippmann** , Debtor

Case No. ______________

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | cash | - | 50.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wells Fargo Checking | - | 1,211.98 |
| | | jt checking account | J | 108.37 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Living Room couch; bookcase, desk chair, coffee table, lamp, radio, television (panasonic ), vcr, dvd, salon bar, recliner | J | 599.50 |
| | | bedroom - bed, chair, dresser, chest of drawers, desk, mirror, lamp, computer desk, book case | J | 417.50 |
| | | kitchen - table, chairs, microwave, refrigerator, deep freezer, dishwasher, washing machine, dryer, stove, dishes, cookware, blender | J | 770.00 |
| | | computer, stereo, game table, vacuum cleaner, camera, tools, power tools, leaf blower, wheel chair | J | 1,120.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total > **4,277.35**
(Total of this page)

3 continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

In re **Glenda K. Lippmann** Case No. ______________
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total > 0.00
(Total of this page)

Sheet 1 of 3 continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com 

In re Glenda K. Lippmann Case No. ______

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1997 Dodge Caravan, 114,100 miles | - | 2,950.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Sub-Total > 2,950.00
(Total of this page)

Sheet 2 of 3 continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com 

In re **Glenda K. Uppmann** Debtor Case No.

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total > **0.00**
(Total of this page)
Total > **7,227.35**

Sheet **3** of **3** continuation sheets attached to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

In re **Glenda K. Lippmann** , Debtor    Case No. ____________

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| 330 Hatteras Way<br>Sacramento, CA 95831 | C.C.P. § 704.730 | 53,444.00 | 276,500.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Wells Fargo Checking | C.C.P. § 704.070 | 1,211.98 | 1,211.98 |
| jt checking account | C.C.P. § 704.070 | 108.37 | 216.74 |
| **Household Goods and Furnishings** | | | |
| Living Room couch; bookcase, desk chair, coffee table, lamp, radio, television (panasonic ), vcr, dvd, salon bar, recliner | C.C.P. § 704.020 | 599.50 | 1,199.00 |
| bedroom - bed, chair, dresser, chest of drawers, desk, mirror, lamp, computer desk, book case | C.C.P. § 704.020 | 417.50 | 835.00 |
| kitchen - table, chairs, microwave, refrigerator, deep freezer, dishwasher, washing machine, dryer, stove, dishes, cookware, blender | C.C.P. § 704.020 | 770.00 | 770.00 |
| computer, stereo, game table, vacuum cleaner, camera, tools, power tools, leaf blower, wheel chair | C.C.P. § 704.020 | 1,120.00 | 1,120.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 1997 Dodge Caravan, 114,100 miles | C.C.P. § 704.010 | 2,725.00 | 2,950.00 |
| | Total: | 60,396.35 | 284,802.72 |

**0** continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy